**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | § | Case No. 14-13251 |
| | § | |
| ABRAM M. PEDESCLAUX, Jr. | § | |
| ROSALYN EDWARD PEDESCLAUX | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/04/2014. The undersigned trustee was appointed on 12/04/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                              $11,473.92

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $4,983.58 |
    | Bank service fees | $141.65 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $6,348.69 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/06/2015 and the deadline for filing government claims was 10/03/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,897.39. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,897.39, for a total compensation of $1,897.39[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $63.65, for total expenses of $63.65.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/07/2016         By:   /s/ Michael Chiasson
                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit A

| Case No.: | 14-13251 | | Trustee Name: | Michael Chiasson |
|---|---|---|---|---|
| Case Name: | PEDESCLAUX, Jr., ABRAM M. AND PEDESCLAUX, ROSALYN EDWARD | | Date Filed (f) or Converted (c): | 12/04/2014 (f) |
| For the Period Ending: | 3/7/2016 | | §341(a) Meeting Date: | 01/02/2015 |
| | | | Claims Bar Date: | 04/06/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Family Home: 2621 Gallinghouse St., New Orleans LA 70131 | $152,000.00 | $0.00 | | $0.00 | FA |
| 2 | Rental Home Occupied by Father: 3326 Plymouth Pl., New Orleans, LA 70131 | $108,000.00 | $0.00 | | $0.00 | FA |
| 3 | Inherited Home Co-Owned by Debtor's Sister: 1524 Numa St., New Orleans, LA 70114 | $37,500.00 | $0.00 | | $0.00 | FA |
| 4 | See attached list. Debtors have listed all cash accounts on which their names appear. Some of these accounts do not belong to debtor, but are listed in an abundance of caution so that the trustee has opportunity to investigate ownership. Some of the accounts are for the benefit of debtors' children, and the funds were deposited by the children's grandparents. | $8,136.00 | $8,136.00 | | $8,136.00 | FA |
| | **Asset Notes:** TURNOVER MOTION, FUNDS WERE RECEIVED 5/11/2015 | | | | | |
| 5 | Savings bond | $300.00 | $0.00 | | $0.00 | FA |
| 6 | Entergy and S&WB | $250.00 | $0.00 | | $0.00 | FA |
| 7 | Exempt HHG | $11,152.00 | $0.00 | | $0.00 | FA |
| 8 | Non-exempt HHG | $4,010.00 | $0.00 | | $0.00 | FA |
| 9 | Miscellaneous | $1,600.00 | $0.00 | | $0.00 | FA |
| 10 | Miscellaneous Clothing and personal effects | $3,800.00 | $0.00 | | $0.00 | FA |
| 11 | Wedding rings | $3,600.00 | $0.00 | | $0.00 | FA |
| 12 | Firearms (also tools of trade) | $2,807.00 | $0.00 | | $0.00 | FA |
| 13 | Sports equipment | $500.00 | $0.00 | | $0.00 | FA |
| 14 | Grandmother's death benefits not yet paid - MetLife, FEGLI | $2,125.00 | $0.00 | | $0.00 | FA |
| 15 | NOPD Pension | $44,104.45 | $0.00 | | $0.00 | FA |
| 16 | 401K | $1,948.17 | $0.00 | | $0.00 | FA |
| 17 | Asti-Ascent Solar, 19,310 shares @.41 per share | $7,940.27 | $0.00 | | $0.00 | FA |
| 18 | 2002 Chevrolet Suburban; 98,336 miles | $7,600.00 | $0.00 | | $0.00 | FA |
| 19 | 2003 Toyota Tacoma; 78,253 miles | $8,500.00 | $0.00 | | $0.00 | FA |

**FORM 1**
Page No: 2    Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 14-13251 | Trustee Name: | Michael Chiasson |
|---|---|---|---|
| Case Name: | PEDESCLAUX, Jr., ABRAM M. AND PEDESCLAUX, ROSALYN EDWARD | Date Filed (f) or Converted (c): | 12/04/2014 (f) |
| For the Period Ending: | 3/7/2016 | §341(a) Meeting Date: | 01/02/2015 |
| | | Claims Bar Date: | 04/06/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20 | 2001 Honda Accord; 114,414 miles; blown motor | $1,400.00 | $350.00 | | $350.00 | FA |
| Asset Notes: | SEE DOCKET 57 FOR ORDER APPROVING SALE OF FOUR VEHICLES.   THE TRUSTEE GROSS VALUE IS IN ACCORDANCE WITH THIS ORCER. | | | | | |
| 21 | 1995 Jeep Cherokee; 87,104 miles | $700.00 | $400.00 | | $400.00 | FA |
| Asset Notes: | SEE DOCKET 57 FOR ORDER APPROVING SALE OF FOUR VEHICLES.   THE TRUSTEE GROSS VALUE IS IN ACCORDANCE WITH THIS ORCER. | | | | | |
| 22 | 1999 Ford Crown Victoria, title in name of Glen Madison; 145,714 miles | $1,200.00 | $0.00 | | $0.00 | FA |
| 23 | 1989 Ford Mustang; 127,348 miles; not running | $700.00 | $400.00 | | $400.00 | FA |
| Asset Notes: | SEE DOCKET 57 FOR ORDER APPROVING SALE OF FOUR VEHICLES.   THE TRUSTEE GROSS VALUE IS IN ACCORDANCE WITH THIS ORCER. | | | | | |
| 24 | 2004 Kawasaki KDX220R | $937.00 | $375.00 | | $375.00 | FA |
| Asset Notes: | SEE DOCKET 57 FOR ORDER APPROVING SALE OF FOUR VEHICLES.   THE TRUSTEE GROSS VALUE IS IN ACCORDANCE WITH THIS ORCER. | | | | | |
| 25 | 2009 Cao Utitlity Trailer | $300.00 | $0.00 | | $0.00 | FA |
| 26 | DUE FROM SCOTTRADE | Unknown | $1,812.92 | | $1,812.92 | FA |
| Asset Notes: | RECEIVED 5/21/2015 | | | | | |

**TOTALS (Excluding unknown value)**    **Gross Value of Remaining Assets**
$411,109.89    $11,473.92    $11,473.92    $0.00

**Major Activities affecting case closing:**
  02/15/2016    TRUSTEE'S FINAL REPORT IS BEING PREPARED.
  TRUSTEE'S FINAL REPORT IS BEING PREPARED.

**Initial Projected Date Of Final Report (TFR):**   12/31/2016   **Current Projected Date Of Final Report (TFR):**   05/31/2016   /s/ MICHAEL CHIASSON
                                                                                                                              MICHAEL CHIASSON

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-13251 | | Trustee Name: | Michael Chiasson |
|---|---|---|---|---|
| Case Name: | PEDESCLAUX, Jr., ABRAM M. AND PEDESCLAUX, ROSALYN EDWARD | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***1583 | | Checking Acct #: | ******1984 |
| Co-Debtor Taxpayer ID #: | **-***1584 | | Account Title: | PEDESCLAUX |
| For Period Beginning: | 12/4/2014 | | Blanket bond (per case limit): | $27,869,306.00 |
| For Period Ending: | 3/7/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/11/2015 | (4) | ABRAM PEDESCLAUX | FUNDS ON DEPOSIT | 1129-000 | $8,136.00 | | $8,136.00 |
| 05/21/2015 | (26) | SCOTTRADE | TURN OVER PER COURT ORDER | 1229-000 | $1,812.92 | | $9,948.92 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $9,938.92 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $15.52 | $9,923.40 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $16.01 | $9,907.39 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $15.98 | $9,891.41 |
| 09/08/2015 | | DEBTOR | PAYMENT PER ORDER, DOCKET 57 | * | $1,525.00 | | $11,416.41 |
| | {20} | | | $350.00 | 1129-000 | | $11,416.41 |
| | {21} | | | $400.00 | 1129-000 | | $11,416.41 |
| | {23} | | | $400.00 | 1229-000 | | $11,416.41 |
| | {24} | | | $375.00 | 1229-000 | | $11,416.41 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $17.19 | $11,399.22 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $18.39 | $11,380.83 |
| 11/26/2015 | 3001 | THE DERBES LAW FIRM LLC | DOCKET 71 | 3210-000 | | $4,500.00 | $6,880.83 |
| 11/26/2015 | 3002 | THE DERBES LAW FIRM LLC | DOCKET 71 | 3220-000 | | $483.58 | $6,397.25 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $17.77 | $6,379.48 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.55 | $6,368.93 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.24 | $6,358.69 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $6,348.69 |

| | | | | SUBTOTALS | $11,473.92 | $5,125.23 | |

Case 14-13251  Doc 79  Filed 03/10/16  Entered 03/10/16 13:58:36  Page 6 of 15
Page No: 2  Exhibit B

FORM 2
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 14-13251 | **Trustee Name:** | Michael Chiasson |
|---|---|---|---|
| **Case Name:** | PEDESCLAUX, Jr., ABRAM M. AND PEDESCLAUX, ROSALYN EDWARD | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** | **-***1583 | **Checking Acct #:** | ******1984 |
| **Co-Debtor Taxpayer ID #:** | **-***1584 | **Account Title:** | PEDESCLAUX |
| **For Period Beginning:** | 12/4/2014 | **Blanket bond (per case limit):** | $27,869,306.00 |
| **For Period Ending:** | 3/7/2016 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $11,473.92 | $5,125.23 | $6,348.69 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $11,473.92 | $5,125.23 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $11,473.92 | $5,125.23 | |

For the period of **12/4/2014** to **3/7/2016**

| | |
|---|---|
| Total Compensable Receipts: | $11,473.92 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,473.92 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,125.23 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,125.23 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between **05/11/2015** to **3/7/2016**

| | |
|---|---|
| Total Compensable Receipts: | $11,473.92 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,473.92 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,125.23 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,125.23 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-13251 | | Trustee Name: | Michael Chiasson |
|---|---|---|---|---|
| Case Name: | PEDESCLAUX, Jr., ABRAM M. AND PEDESCLAUX, ROSALYN EDWARD | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***1583 | | Checking Acct #: | ******1984 |
| Co-Debtor Taxpayer ID #: | **-***1584 | | Account Title: | PEDESCLAUX |
| For Period Beginning: | 12/4/2014 | | Blanket bond (per case limit): | $27,869,306.00 |
| For Period Ending: | 3/7/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|
| | | | $11,473.92 | $5,125.23 | $6,348.69 |

**For the period of 12/4/2014 to 3/7/2016**

| | |
|---|---|
| Total Compensable Receipts: | $11,473.92 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,473.92 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,125.23 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,125.23 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/04/2014 to 3/7/2016**

| | |
|---|---|
| Total Compensable Receipts: | $11,473.92 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,473.92 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,125.23 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,125.23 |
| Total Internal/Transfer Disbursements: | $0.00 |

## CLAIM ANALYSIS REPORT

| Case No.: | 14-13251 | | | | | | | | | | Trustee Name: | Michael Chiasson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | PEDESCLAUX, Jr., ABRAM M. AND PEDESCLAUX, ROSALYN EDWARD | | | | | | | | | | Date: | 3/7/2016 |
| Claims Bar Date: | 04/06/2015 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | THE DERBES LAW FIRM LLC  THE DERBES AND DERBES LAW FIRM, LLC  3027 RIDGELAKE DRIVE  METAIRIE LA 70002 | 11/26/2015 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $4,500.00 | $4,500.00 | $4,500.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | DOCKET 71 | | | | | | | | | | | |
| | THE DERBES LAW FIRM LLC  THE DERBES AND DERBES LAW FIRM, LLC  3027 RIDGELAKE DRIVE  METAIRIE LA 70002 | 11/26/2015 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $0.00 | $483.59 | $483.59 | $483.58 | $0.00 | $0.00 | $0.01 |
| **Claim Notes:** | DOCKET 71 | | | | | | | | | | | |
| | MICHAEL CHIASSON  P.O. Box 1666  Mandeville LA 70470 | 03/07/2016 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $63.65 | $63.65 | $0.00 | $0.00 | $0.00 | $63.65 |
| | MICHAEL CHIASSON  P.O. Box 1666  Mandeville LA 70470 | 03/07/2016 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,897.39 | $1,897.39 | $0.00 | $0.00 | $0.00 | $1,897.39 |
| 1 | WHITNEY BANK  c/o Newman Mathis  Attention: Clay Legros  212 Veterans Boulevard  Metairie LA 70005 | 12/15/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | AMENDED BY CLAIM NO 7 | | | | | | | | | | | |
| 2 | DISCOVER BANK  DB Servicing Corporation  PO Box 3025  New Albany OH 43054-3025 | 01/09/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $11,983.43 | $11,983.43 | $0.00 | $0.00 | $0.00 | $11,983.43 |

# CLAIM ANALYSIS REPORT

Page No: 2     Exhibit C

| Case No.: | 14-13251 | | | | | | | **Trustee Name:** | Michael Chiasson |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | PEDESCLAUX, Jr., ABRAM M. AND PEDESCLAUX, ROSALYN EDWARD | | | | | | | **Date:** | 3/7/2016 |
| Claims Bar Date: | 04/06/2015 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | SPRINT CORRESPONDENCE<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | 01/16/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $491.46 | $491.46 | $0.00 | $0.00 | $0.00 | $491.46 |
| 4 | CAPITAL ONE AUTO FINANCE, C/O ASCENSION CAPITAL GR<br>P.O. Box 201347<br>Arlington TX 76006 | 01/22/2015 | Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI) | Allowed | 4210-000 | $0.00 | $4,466.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** (4-1) 2002 CHEVROLET TRUCK SUBURBAN-V8 UTILITY K1500 LS 4WD

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | WHITNEY BANK | 02/02/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $506.42 | $506.42 | $0.00 | $0.00 | $0.00 | $506.42 |
| 6 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte NC 28272-1083 | 02/02/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,298.57 | $2,298.57 | $0.00 | $0.00 | $0.00 | $2,298.57 |
| 7 | WHITNEY BANK | 02/11/2015 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $65,486.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** SECURED

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | FIFTH DISTRICT SAVINGS BANK<br><br>c/o Mark A. Pivach<br>P.O. Box 7125<br>Belle Chasse LA 70037 | 03/18/2015 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $71,058.58 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** (8-1) Mortgage on 3326 Plymouth Place, New Orleans, LA, SECURED

| Case No.: | 14-13251 | | | | | | | | Trustee Name: | Michael Chiasson |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | PEDESCLAUX, Jr., ABRAM M. AND PEDESCLAUX, ROSALYN EDWARD | | | | | | | | Date: | 3/7/2016 |
| Claims Bar Date: | 04/06/2015 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | 03/22/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,028.77 | $2,028.77 | $0.00 | $0.00 | $0.00 | $2,028.77 |
| 10 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | 03/22/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $797.10 | $797.10 | $0.00 | $0.00 | $0.00 | $797.10 |
| 11 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | 03/22/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $642.77 | $642.77 | $0.00 | $0.00 | $0.00 | $642.77 |
| 12 | CAVALRY SPV I, LLC<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson AZ 85712 | 03/25/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,314.98 | $1,314.98 | $0.00 | $0.00 | $0.00 | $1,314.98 |
| 13 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 03/30/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,603.07 | $4,603.07 | $0.00 | $0.00 | $0.00 | $4,603.07 |

# CLAIM ANALYSIS REPORT

Page No: 4     Exhibit C

| | |
|---|---|
| **Case No.** | 14-13251 |
| **Case Name:** | PEDESCLAUX, Jr., ABRAM M. AND PEDESCLAUX, ROSALYN EDWARD |
| **Claims Bar Date:** | 04/06/2015 |
| **Trustee Name:** | Michael Chiasson |
| **Date:** | 3/7/2016 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville SC 29602 | 03/30/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $581.22 | $581.22 | $0.00 | $0.00 | $0.00 | $581.22 |
| 15 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville SC 29602 | 03/30/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $555.00 | $555.00 | $0.00 | $0.00 | $0.00 | $555.00 |
| | | | | | | **$173,758.08** | **$32,747.42** | **$4,983.58** | **$0.00** | **$0.00** | | **$27,763.84** |

# CLAIM ANALYSIS REPORT

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 14-13251 | | **Trustee Name:** | Michael Chiasson |
| **Case Name:** | PEDESCLAUX, Jr., ABRAM M. AND PEDESCLAUX, ROSALYN EDWARD | | **Date:** | 3/7/2016 |
| **Claims Bar Date:** | 04/06/2015 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Attorney for Trustee Expenses (Other Firm) | $483.59 | $483.59 | $483.58 | $0.00 | $0.00 | $0.01 |
| Attorney for Trustee Fees (Other Firm) | $4,500.00 | $4,500.00 | $4,500.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured § 726(a)(2) | $25,802.79 | $25,802.79 | $0.00 | $0.00 | $0.00 | $25,802.79 |
| Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI) | $4,466.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $136,544.58 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $1,897.39 | $1,897.39 | $0.00 | $0.00 | $0.00 | $1,897.39 |
| Trustee Expenses | $63.65 | $63.65 | $0.00 | $0.00 | $0.00 | $63.65 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:    14-13251
Case Name:   ABRAM M. PEDESCLAUX, Jr.
             ROSALYN EDWARD PEDESCLAUX
Trustee Name: Michael Chiasson

Balance on hand:     $6,348.69

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 4 | Capital One Auto Finance, c/o Ascension Capital Gr | $4,466.08 | $0.00 | $0.00 | $0.00 |
| 7 | Whitney Bank | $65,486.00 | $0.00 | $0.00 | $0.00 |
| 8 | Fifth District Savings Bank | $71,058.58 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:     $0.00
Remaining balance:     $6,348.69

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Michael Chiasson, Trustee Fees | $1,897.39 | $0.00 | $1,897.39 |
| Michael Chiasson, Trustee Expenses | $63.65 | $0.00 | $63.65 |
| THE DERBES LAW FIRM LLC, Attorney for Trustee Fees | $4,500.00 | $4,500.00 | $0.00 |
| THE DERBES LAW FIRM LLC, Attorney for Trustee Expenses | $483.59 | $483.58 | $0.01 |

Total to be paid for chapter 7 administrative expenses:     $1,961.05
Remaining balance:     $4,387.64

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $4,387.64 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $4,387.64 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $25,802.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Whitney Bank | $0.00 | $0.00 | $0.00 |
| 2 | Discover Bank | $11,983.43 | $0.00 | $2,037.73 |
| 3 | Sprint Correspondence | $491.46 | $0.00 | $83.57 |
| 5 | Whitney Bank | $506.42 | $0.00 | $86.11 |
| 6 | Capital One Bank (USA), N.A. | $2,298.57 | $0.00 | $390.86 |
| 9 | Capital Recovery V, LLC | $2,028.77 | $0.00 | $344.98 |
| 10 | Capital Recovery V, LLC | $797.10 | $0.00 | $135.54 |
| 11 | Capital Recovery V, LLC | $642.77 | $0.00 | $109.30 |
| 12 | Cavalry SPV I, LLC | $1,314.98 | $0.00 | $223.61 |
| 13 | PYOD, LLC its successors and assigns as assignee | $4,603.07 | $0.00 | $782.73 |
| 14 | PYOD, LLC its successors and assigns as assignee | $581.22 | $0.00 | $98.83 |
| 15 | PYOD, LLC its successors and assigns as assignee | $555.00 | $0.00 | $94.38 |

|  | Total to be paid to timely general unsecured claims: | $4,387.64 |
|---|---|---|
|  | Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

      Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**